UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKEY A. BEAVER,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF FEDERAL WAY, *et al.*,<br><br>      Defendants. | CASE NO.   C05-1938-MJP-JPD<br><br>ORDER DENYING JOINT MOTION<br>FOR EXTENSION OF TIME |

Defendants have filed a motion for a 30-day extension of time to file a Joint Pretrial Statement. (Dkt. #29). Plaintiff has joined in the motion, and the Honorable Marsha J. Pechman has referred the motion to me for consideration. (Dkt. #32). Having considered the motion and the balance of the record, the court does hereby find and ORDER as follows:

(1) The Court previously issued a Pretrial Order setting forth September 11, 2006 as the deadline for the Joint Pretrial Statement. (Dkt. #17 at 3). The Order also provided that "[i]f, however, on that date a motion is pending that would dispose of the entire case, then the deadline for the Joint Pretrial Statement *is extended* until thirty days after the District Judge issues a final order resolving the dispositive motion." (*Id.*) (emphasis added). This language was intended to be self-executing and to obviate the need for the parties to seek an extension of time such as sought here.

The Court's Report and Recommendation ("R&R") on defendants' motion for summary judgment is pending before Judge Pechman. Therefore, by operation of the above-quoted language from the Pretrial Order, the deadline for the Joint Pretrial Statement is 30 days after the date that

ORDER DENYING MOTION FOR EXTENSION OF TIME
PAGE - 1

1 Judge Pechman rules on the pending R&R. Accordingly, the parties' joint motion for an extension
2 of time is DENIED as unnecessary.
3     (2)    The Clerk shall forward a copy of this Order to plaintiff, to counsel for defendants,
4 and to Judge Pechman.
5     DATED this 19th day of September, 2006.

                              /s/ James P. Donohue
                              JAMES P. DONOHUE
                              United States Magistrate Judge